JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL DESHON HOUSTON,<br><br>Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>Respondent. | Case No. 2:19-cv-00744-AG (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of DARNELL DESHON HOUSTON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 11, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE